We agree to the following:

① No discussion with Showtime now and forever. ★ MB

② No discussion with Mike Tollin now and forever. ★ MB

③ Rights released upon good faith negotiations to come to an agreement for Brown to convey the rights to 214.

④ $25,000 shall be a down payment on the minimum payment of $85,000 that shall be due to Brown.

⑤ All terms in this agreement exclusive of points one and 2 above. are pursuant to an active working contracts dated May, 20 2015 and May 25, 2015.

_____
Ted Faye

_____
Mark Brown

_____
Zatella Beatty