# Exhibit 1

-----Original Message-----
From: Zatella Beatty
Sent: Wednesday, March 28, 2007 12:14 AM
To: talika@mcfilmworks.com
Cc: renegadepic@earthlink.net
Subject: Monthly Invoice

Hi Talika:

Attached is the monthly invoice for office space.  Thanks!

Zatella Beatty
C4 Pictures
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
(310) 410-1185

# C4 PICTURES

8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone:   310.410.1185
Fax:        310.410.1425

# INVOICE

INVOICE #104
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone:   310.575.9932
Fax:        310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICE SPACE (1/3 OF $3,500) | $1166.55 |
| FURNITURE (1/3 OF $800) | $264.00 |
| OFFICE EQUIPMENT/SUPPLIES | $344.00 |
| SCREENING EQUIPMENT (1/3 OF $1800) | $600.00 |
| DESK-TOP UNITS (1/3 OF $8,000) | $2664.00 |
| CELLPHONES (MARK BROWN/ZATELLA BEATTY/MIKE MARANGU) (1/3 OF $1600) | $500.00 |
| OFFICE PHONE | $100.00 |
| PRODUCTION EXPENDABLES (1/3 OF $1350) | $450.00 |
| GAS/TRANSPORTATION/PARKING/MILEAGE | $300.00 |
| MEALS ($500 BI-WEEKLY) (FEBRUARY 15 - MARCH 15) | $1,000.00 |
| TOTAL | $7388.55 |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

-----Original Message-----
From: Zatella Beatty
Sent: Wednesday, April 18, 2007 10:11 PM
To: renegadepic@earthlink.net
Cc: zatella@earthlink.net
Subject: Invoices

Attached.  ALSO - BET UPFRONTS TOMORROW 8:00 PM.  I SHOULD GO WITH YOU - LET ME KNOW.

**C4 PICTURES, INC.**
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone: 310.410.1185
Fax:    310.410.1425

# INVOICE

INVOICE #102
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone: 310.575.9932
Fax:    310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Daniel Sogamosa (Production Assistant) April 5, 2007 – April 12, 2007 | $500.00 | $500.00 |
| Payroll Taxes | 18% | $90.00 |
| **TOTAL** | | **$590.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

# C4 PICTURES, INC.

8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone: 310.410.1185
Fax:     310.410.1425

# INVOICE

INVOICE #102
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone: 310.575.9932
Fax:     310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Jeff Smith (Editor)<br>April 5, 2007 – April 12, 2007  **(MARK VERIFY DATES)** | $2,500.00 per week | $2,500.00 |
| Payroll Taxes | 18% | $450.00 |
| **TOTAL** | | **$2,950.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

# C4 PICTURES                                                      INVOICE

8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone:    310.410.1185
Fax:        310.410.1425

INVOICE #104
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone:   310.575.9932
Fax:       310.575.4035

**FOR:**
BET'S BALDWIN HILLS

APRIL  TELL ME WHAT ITEMS YOU WANT DELETED – THEY DID NOT PAY LAST MONTH'S.  THIS IS IT!  I WILL COPY SAME FOR APRIL.

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICE SPACE (1/3 OF $3,500) | $1166.55 |
| FURNITURE (1/3 OF $800) | $264.00 |
| OFFICE EQUIPMENT/SUPPLIES | $344.00 |
| SCREENING EQUIPMENT (1/3 OF $1800) | $600.00 |
| DESK-TOP UNITS (1/3 OF $8,000) | $2664.00 |
| CELLPHONES (MARK BROWN/ZATELLA BEATTY/MIKE MARANGU) (1/3 OF $1600) | $500.00 |
| OFFICE PHONE | $100.00 |
| PRODUCTION EXPENDABLES (1/3 OF $1350) | $450.00 |
| GAS/TRANSPORTATION/PARKING/MILEAGE | $300.00 |
| MEALS ($500 BI-WEEKLY) (FEBRUARY 15 - MARCH 15) | $1,000.00 |
| TOTAL | $7388.55 |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

-----Original Message-----
From: Zatella Beatty
Sent: Tuesday, March 27, 2007 12:48 AM
To: talika@mcfilmworks.com
Cc: renegadepic@earthlink.net
Subject: Invoices C4 Pictures

Hi Talika:

As requested, please see the attached revised invoices.  Thanks!

Zatella Beatty
C4 Pictures
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
(310) 410-1185

**C4 PICTURES, INC.**
8033 Sunset Blvd., Suite 971
Hollywood, CA 90046
Phone: 310.410.1185
Fax:    310.410.1425

# INVOICE

INVOICE #100
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA 90025
Phone: 310.575.9932
Fax:    310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Mark Brown (Executive Producer/Director) Episode #1 | $7,500.00 per episode | $7,500.00 |
| Payroll Taxes | 18% | $1,350.00 |
| f/s/o Mark Brown (Executive Producer/Director) Episode #2 | $7,500.00 per episode | $7,500.00 |
| Payroll Taxes | 18% | $1,350.00 |
| f/s/o Mark Brown (Executive Producer/Director) Episode #3 | $7,500.00 per episode | $7,500.00 |
| Payroll Taxes | 18% | $1,350.00 |
| **TOTAL** | | **$26,550.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

# C4 PICTURES, INC.

8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone: 310.410.1185
Fax:     310.410.1425

# INVOICE

INVOICE #102
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone: 310.575.9932
Fax:     310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Mike Marangu ("Behind-the-Scenes" - Camera) February 15, 2007 – February 22, 2007 Advanced by C4 Pictures, Inc. | $1,500.00 | $1,500.00 |
| Payroll Taxes | 18% | $270.00 |
| **TOTAL** | | **$1,770.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

# C4 PICTURES, INC.
8033 Sunset Blvd., Suite 971  
Hollywood, CA  90046  
Phone: 310.410.1185  
Fax:     310.410.1425  

# INVOICE

INVOICE #101  
DATE: OCTOBER 20, 2017

**TO:**  
McCommera Filmworks  
2106 Pontius Avenue  
Los Angeles, CA  90025  
Phone: 310.575.9932  
Fax:     310.575.4035  

**FOR:**  
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Zatella Beatty<br>(Assistant to Mark Brown -- Executive Producer/Director)<br>February 15, 2007 – March 15, 2007 | $700.00 x 4<br>(weekly) | $2,800.00 |
| Payroll Taxes | 18% | $504.00 |
| **TOTAL** | | **$3,304.00** |

Make all checks payable to C4 Pictures, Inc.  
If you have any questions concerning this invoice, contact (310) 410-1185.

-----Original Message-----
From: Zatella Beatty
Sent: Sunday, April 8, 2007 1:09 AM
To: talika@mcfilmworks.com
Cc: renegadepic@earthlink.net
Subject: C4 Pictures Invoice (Payroll)

Hi Talika:

Payroll invoices attached. Thanks!

Zatella Beatty
C4 Pictures
8033 Sunset Blvd., Suite 971
Hollywood, CA 90046
(310) 410-1185

# C4 PICTURES, INC.

8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone:   310.410.1185
Fax:        310.410.1425

# INVOICE

INVOICE #106
DATE: OCTOBER 20, 2017

**TO:**
MCCOMMERA FILMWORKS
2106 Pontius Avenue
Los Angeles, CA  90025
Phone:   310.575.9932
Fax:        310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Zatella Beatty<br>(Assistant to Mark Brown - Executive Producer/Director)<br>March 16, 2007 - March 31, 2007 | $700.00 x 2<br>(weekly) | $1,400.00 |
| Payroll Taxes | 18% | $252.00 |
| **TOTAL** | | **$1,652.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact 310.410.1185.

# C4 PICTURES, INC.
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone:   310.410.1185
Fax:       310.410.1425

# INVOICE

INVOICE #105
DATE: OCTOBER 20, 2017

**TO:**
MCCOMMERA FILMWORKS
2106 Pontius Avenue
Los Angeles, CA  90025
Phone:   310.575.9932
Fax:       310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o MARK BROWN (EXECUTIVE PRODUCER/DIRECTOR) EPISODE #4 | $7,500 PER EPISODE | $7,500.00 |
| PAYROLL TAXES | 18% | $1,350.00 |
| TOTAL | | $8,850.00 |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact 310.410.1185.

**From:** zatella
**Sent:** Friday, February 15, 2008 11:19 AM
**To:** marvin@marrofilms.com
**Cc:** Mark Brown
**Subject:** C4 Pictures Invoice - Party Like A Rock Star

Hi Marvin:

Mark asked that I forward the attached invoice for "Party Like A Rock Star". If u need anything further, please do not hesitate to contact me. Thx!

Zatella Beatty
C4 Pictures, Inc.
8033 W. Sunset Blvd., Suite 971
Hollywood, CA 90046
(310) 410-1185 (O)
(310) 410-1425 (F)

# INVOICE

**C4 PICTURES**
8033 W. Sunset Blvd., Suite 971
Hollywood, CA 90046
Phone:   310.410.1185
Fax:      310.410.1425

INVOICE #0001
DATE: FEBRUARY 15, 2008

**TO:**
Marvin Peart
Marro Films
marvin@marrofilms.com

**FOR:**
"PARTY LIKE A ROCK STAR"

| DESCRIPTION | AMOUNT |
|---|---|
| DEPOSIT OF $20,000 FOR A SCRIPT WRITTEN BY MARK BROWN CURRENTLY ENTITLED "PARTY LIKE A ROCK STAR" | $20,000.00 |
| **TOTAL** | **$20,000.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.