# Exhibit 2

-----Original Message-----
From: Zatella Beatty
Sent: Saturday, May 5, 2007 4:41 PM
To: talika@mcfilmworks.com
Cc: renegadepic@earthlink.net
Subject: Payroll Invoices

Attached:

Mark Brown
Zatella Beatty
Daniel Sogamosa

Thanks!

**C4 PICTURES, INC.**
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone: 310.410.1185
Fax:    310.410.1425

# INVOICE

INVOICE #111
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone: 310.575.9932
Fax:    310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Zatella Beatty<br>(Assistant to Mark Brown -- Executive Producer/Director)<br>April 15, 2007 – April 30, 2007 | $700.00 x 2 (weekly) | $1,400.00 |
| Payroll Taxes | 18% | $252.00 |
| **TOTAL** | | **$1,652.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

**C4 PICTURES, INC.**
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone: 310.410.1185
Fax:    310.410.1425

# INVOICE

INVOICE #109
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone: 310.575.9932
Fax:    310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Daniel Sogamosa (Production Assistant)<br>April 15, 2007 – April 30, 2007 | $500.00 x 2 (weekly) | $1,000.00 |
| Payroll Taxes | 18% | $180.00 |
| **TOTAL** | | **$1,180.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.

**C4 PICTURES, INC.**
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
Phone: 310.410.1185
Fax:    310.410.1425

# INVOICE

INVOICE #110
DATE: OCTOBER 20, 2017

**TO:**
McCommera Filmworks
2106 Pontius Avenue
Los Angeles, CA  90025
Phone: 310.575.9932
Fax:    310.575.4035

**FOR:**
BET'S BALDWIN HILLS

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| f/s/o Mark Brown (Executive Producer/Director) Episode #5 | $7,500.00 per episode | $7,500.00 |
| – (Minus) Payroll Taxes (Episodes #1, #2, #3 and #4 @ $1,350 per episode) | 18% | -$5,400.00 |
| **TOTAL** | | **$2,100.00** |

Make all checks payable to C4 Pictures, Inc.
If you have any questions concerning this invoice, contact (310) 410-1185.