# Exhibit 3

-----Original Message-----
From: zatella
Sent: Thursday, July 13, 2006 3:39 AM
To: Mark Brown
Subject: Fw: Ticketless Confirmation - BROWN/MARK - B3GEMA

This is your return ticket.


----- Original Message -----
From: "Southwest Airlines" <SouthwestAirlines@mail.southwest.com>
To: <ZATELLA@earthlink.net>
Sent: Wednesday, July 12, 2006 10:09 AM
Subject: Ticketless Confirmation - BROWN/MARK - B3GEMA


> ******************* RECEIPT AND ITINERARY ********************
>
> Beginning 24 hours prior to your scheduled departure, you may
> check in online for your flight and print a boarding pass at
> southwest.com by visiting:
> http://www.southwest.com/travel_center/retrieveCheckinDoc.html?src=receipt
>
> Receipt and Itinerary as of 07/12/06 12:08PM
>
> *******************************
> *                   *
> *    Confirmation Number    *
> *        B3GEMA        *
> *                   *
> *******************************
>
> Confirmation Date: 07/12/06
>
> Received: ZATELLA
>
>
> Passenger(s):
> BROWN/MARK 526-2732721133-6
> Account Number: 52605180449691
>
>
>
> Itinerary:
> Sunday, July 16 - BALTIMORE-WASHNTN(BWI) to LOS ANGELES INTL(LAX)
> Flight 486 V
> Depart BALTIMORE-WASHNTN(BWI) at 6:45PM and
> Arrive in LOS ANGELES INTL(LAX) at 9:20PM

```
>
>
>
> ***************************** COST *****************************
> Total for 1 Passenger(s)
> AIR: ........................$     0.00
> TAX: ........................$     0.00
> PFC FEE: ....................$     0.00
> SECURITY FEE: ...............$     2.50
>                    _____
> Total Fare:           $2.50
>
> ********************** PAYMENT SUMMARY ***********************
> Current payment(s)
> 07/12/06 AMER EXPRESS xxxxxxxxxxx3010 Ref 526-2732721133-6 $2.50
> 07/12/06 RR 52605180449691 Ref 526-2732721133-6 $0.00
>
> Total Payments: $2.50
>
>
> *********************** FARES RULE(S) ***********************
> VALID ONLY ON SOUTHWEST AIRLINES
>
> All travel involving funds from this Confirm no. must be
> completed by 07/12/07
> Any change to this itinerary may result in a fare increase.
>
> Fare Calculation:
> FFP- 1 BWIWNLAX VFF .00      $.00 XFBWI0.00 AYBWI2.50    $2.50
>
>
>
>
>
> Important:
>
> ****************** FREE BAGGAGE ALLOWANCE ********************
> Checked Baggage Allowance: Three (3) pieces of baggage, each
> piece of which having outside measurements (i.e., the sum of
> the greatest outside length plus the greatest outside width
> plus the greatest outside height) not exceeding sixty-two (62)
> inches, not weighing more than fifty (50) pounds per piece,
> and provided such baggage is checked for carriage in the cargo
> hold of the aircraft. Baggage that exceeds these limits is
> subject to an additional charge.
>
> Carryon Baggage Allowance: One (1) item of carryon baggage
> that does not exceed external dimensions of ten inches by
```

> sixteen inches by twenty-four inches (10 x 16 x 24) plus
> one (1) smaller personal-type item (e.g., purse, briefcase,
> laptop computer case, backpack, small camera), provided that
> such items are capable of being carried onboard the aircraft
> by one person without additional assistance and are capable of
> being stowed under a seat or in an overhead compartment.
>
> ********************** CHECKIN REQUIREMENTS **********************
> Southwest Airlines Ticketless Travel is nontransferable.
> Positive identification is required at time of checkin.
>
>
> Flights Operated by Southwest Airlines - Customers who
> do not claim their reservations at the departure gate
> desk at least ten (10) minutes before scheduled departure
> time for flights operated by Southwest Airlines will have
> their reserved space cancelled and will not be eligible for
> denied boarding compensation.
>
>
>
> *************** SECURITY CHECKPOINT REQUIREMENTS ***************
> To proceed through Security Checkpoint, you will need your
> government-issued photo ID* and either a Boarding Pass or
> Security Document. Boarding Passes are available online at
> southwest.com, at the Skycap Podium, Ticket Counter, or
> RAPID CHECK-IN Kiosk.
>
> To checkin online/print your Boarding Pass, please visit:
> http://www.southwest.com/travel_center/retrieveCheckinDoc.html
>
> If you do not meet the requirements for Online Checkin, you may
> be able to print a Security Document by visiting:
> http://www.southwest.com/travel_center/retrieveSecDoc.html
>
> *Customers under 18 years of age are not required to show
> government-issued photo ID
>
> *********************** INFLIGHT SERVICE ***********************
> Snack Service: If your total flight itinerary includes a series
> of flights that each are less than two hours in duration, you
> will be served peanuts/pretzels on each flight segment. If your
> itinerary includes any nonstop flight longer than two(2) hours,
> you will be served a packaged snack on that flight segment.
> Southwest Airlines does not serve sandwiches or meals, however,
> you may bring something to eat on board.
>
> ****************** SPECIAL OFFERS ******************

> Need a ride to or from the airport?  Save time and money on Shuttle
> Service by reserving online now at southwest.com!
>
>
> *********************** TRAVEL TIPS **************************
> Southwest Airlines is dedicated to making air travel an
> enjoyable experience. In our efforts to provide the best
> possible service to our Customer we have provided you with some
> suggested Travel Tips to help ease your travel experience.
> Visit http://www.southwest.com/travel_center/travel_tips.html
> for more information.
>
> ********************** REFUND INFORMATION *********************
> For Southwest Airlines Refund Information please visit:
> http://www.southwest.com/travel_center/refund_information.html
>
> ******************** CONDITIONS OF CONTRACT ********************
> Southwest Airlines Co. - Notice of Incorporated Terms -
> Air transportation by Southwest Airlines is subject to
> Southwest Airlines' Passenger Contract of Carriage, the terms
> of which are incorporated by reference.  Incorporated terms
> include but are not limited to:
>
> (1) Limits on liability for loss, damage to, or delayed
> delivery of passenger baggage, including fragile, perishable,
> and certain other irreplaceable and/or high-value goods or
> contents, as specified in Article 75 of the Contract of
> Carriage.  Baggage liability for covered items (except
> disability assistive devices) is limited to $2,800 per
> fare-paying Customer unless excess valuation coverage is
> purchased.
>
> (2) Claims restrictions, including time periods in which
> Customers must file a claim or bring an action against
> Southwest.
>
> (3) Our rights to change terms of the Contract.
>
> (4) Rules on reservations, checkin times, refusal to carry,
> and smoking.
>
> (5) Our rights and limits of liability for delay or failure
> to perform service, including schedule changes, substitution
> of alternate air carriers or aircraft, and rerouting.
>
> (6) Overbooking:  If we deny you boarding due to an oversell
> and you have obtained your boarding pass and are present and
> available for boarding in the departure gate area at least ten

> minutes before scheduled departure, with few exceptions, we
> compensate you.
>
> You may inspect Southwest's Contract of Carriage and Customer
> Service Commitment at any Southwest ticket counter or online
> at southwest.com, or obtain a copy by sending a request to:
>
> Southwest Airlines
> V.P. Customer Relations
> PO Box 36647
> Dallas, TX 75235-1647
>
> Note: When traveling on any flight operated by another carrier,
> that operating carrier's contract of carriage applies.
>
> *********************** PRIVACY POLICY ***********************
> Read about Southwest Airlines' privacy policy at
> www.southwest.com/travel_center/privacy_policy.html .
>
> Should you wish to forward or distribute this message to
> others, please do so only with the express permission of the
> passenger(s) traveling. If you are not an intended recipient or
> if you have received this message in error, please promptly
> delete this message. Thank you for your cooperation and
> consideration.
>
>
> This is a post only mailing from Southwest Airlines
> regarding your flight confirmation.
>
> Please do not attempt to respond to this message.
>
>

-----Original Message-----
From: zatella
Sent: Thursday, July 13, 2006 3:40 AM
To: Mark Brown
Subject: Fw: Ticketless Confirmation - BROWN/MARK - 5BJIZ3

PRINT OUT YOUR BOARDING PASS


----- Original Message -----
From: "Southwest Airlines" <SouthwestAirlines@mail.southwest.com>
To: <ZATELLA@earthlink.net>
Sent: Thursday, July 13, 2006 3:38 AM
Subject: Ticketless Confirmation - BROWN/MARK - 5BJIZ3


> ******************** RECEIPT AND ITINERARY ********************
>
> Beginning 24 hours prior to your scheduled departure, you may
> check in online for your flight and print a boarding pass at
> southwest.com by visiting:
> http://www.southwest.com/travel_center/retrieveCheckinDoc.html?src=receipt
>
> Receipt and Itinerary as of 07/13/06 5:38AM
>
> ********************************
> *                    *
> *    Confirmation Number    *
> *        5BJIZ3            *
> *                    *
> ********************************
>
> Confirmation Date: 07/13/06
>
> Received: ZATELLA
>
>
> Passenger(s):
> BROWN/MARK 526-2732894013-0
> Account Number: 00000127201351
>
>
>
> Itinerary:
> Thursday, July 13 - LOS ANGELES INTL(LAX) to BALTIMORE-WASHNTN(BWI)
> Flight 223 Y
> Depart LOS ANGELES INTL(LAX) at 12:10PM and
> Arrive in BALTIMORE-WASHNTN(BWI) at 8:05PM

```
>
>
>
> **************************** COST ****************************
> Total for 1 Passenger(s)
> AIR: ......................$   296.74
> TAX: ......................$    25.56
> PFC FEE: ...................$    4.50
> SECURITY FEE: ..............$    2.50
>                 _____
> Total Fare:           $329.30
>
> ********************* PAYMENT SUMMARY ***********************
> Current payment(s)
> 07/13/06 AMER EXPRESS xxxxxxxxxxx3010 Ref 526-2732894013-0 $329.30
>
> Total Payments: $329.30
>
>
> ********************* FARES RULE(S) ***********************
> VALID ONLY ON SOUTHWEST AIRLINES
>
> All travel involving funds from this Confirm no. must be
> completed by 07/13/07
> Any change to this itinerary may result in a fare increase.
>
> Fare Calculation:
> ADT- 1 LAXWNBWI YL 319.00   $319.00 ZP3.30 XFLAX4.50 AYLAX2.50  $329.30
>
>
>
>
>
> Important:
>
> ****************** FREE BAGGAGE ALLOWANCE ********************
> Checked Baggage Allowance: Three (3) pieces of baggage, each
> piece of which having outside measurements (i.e., the sum of
> the greatest outside length plus the greatest outside width
> plus the greatest outside height) not exceeding sixty-two (62)
> inches, not weighing more than fifty (50) pounds per piece,
> and provided such baggage is checked for carriage in the cargo
> hold of the aircraft. Baggage that exceeds these limits is
> subject to an additional charge.
>
> Carryon Baggage Allowance: One (1) item of carryon baggage
> that does not exceed external dimensions of ten inches by
> sixteen inches by twenty-four inches (10 x 16 x 24) plus
```

> one (1) smaller personal-type item (e.g., purse, briefcase,
> laptop computer case, backpack, small camera), provided that
> such items are capable of being carried onboard the aircraft
> by one person without additional assistance and are capable of
> being stowed under a seat or in an overhead compartment.
>
> ********************* CHECKIN REQUIREMENTS ********************
> Southwest Airlines Ticketless Travel is nontransferable.
> Positive identification is required at time of checkin.
>
>
> Flights Operated by Southwest Airlines - Customers who
> do not claim their reservations at the departure gate
> desk at least ten (10) minutes before scheduled departure
> time for flights operated by Southwest Airlines will have
> their reserved space cancelled and will not be eligible for
> denied boarding compensation.
>
>
>
> *************** SECURITY CHECKPOINT REQUIREMENTS ***************
> To proceed through Security Checkpoint, you will need your
> government-issued photo ID* and either a Boarding Pass or
> Security Document. Boarding Passes are available online at
> southwest.com, at the Skycap Podium, Ticket Counter, or
> RAPID CHECK-IN Kiosk.
>
> To checkin online/print your Boarding Pass, please visit:
> http://www.southwest.com/travel_center/retrieveCheckinDoc.html
>
> If you do not meet the requirements for Online Checkin, you may
> be able to print a Security Document by visiting:
> http://www.southwest.com/travel_center/retrieveSecDoc.html
>
> *Customers under 18 years of age are not required to show
> government-issued photo ID
>
> *********************** INFLIGHT SERVICE ***********************
> Snack Service: If your total flight itinerary includes a series
> of flights that each are less than two hours in duration, you
> will be served peanuts/pretzels on each flight segment. If your
> itinerary includes any nonstop flight longer than two(2) hours,
> you will be served a packaged snack on that flight segment.
> Southwest Airlines does not serve sandwiches or meals, however,
> you may bring something to eat on board.
>
> ****************** SPECIAL OFFERS ******************
> Please Note: Itineraries that include service on ATA Airlines will depart

> from the ATA gates in Terminal 3 at Los Angeles International Airport
> (LAX).
>
>
> *********************** TRAVEL TIPS ***************************
> Southwest Airlines is dedicated to making air travel an
> enjoyable experience. In our efforts to provide the best
> possible service to our Customer we have provided you with some
> suggested Travel Tips to help ease your travel experience.
> Visit http://www.southwest.com/travel_center/travel_tips.html
> for more information.
>
> ********************** REFUND INFORMATION **********************
> For Southwest Airlines Refund Information please visit:
> http://www.southwest.com/travel_center/refund_information.html
>
> ******************** CONDITIONS OF CONTRACT ********************
> Southwest Airlines Co. - Notice of Incorporated Terms -
> Air transportation by Southwest Airlines is subject to
> Southwest Airlines' Passenger Contract of Carriage, the terms
> of which are incorporated by reference.  Incorporated terms
> include but are not limited to:
>
> (1) Limits on liability for loss, damage to, or delayed
> delivery of passenger baggage, including fragile, perishable,
> and certain other irreplaceable and/or high-value goods or
> contents, as specified in Article 75 of the Contract of
> Carriage.  Baggage liability for covered items (except
> disability assistive devices) is limited to $2,800 per
> fare-paying Customer unless excess valuation coverage is
> purchased.
>
> (2) Claims restrictions, including time periods in which
> Customers must file a claim or bring an action against
> Southwest.
>
> (3) Our rights to change terms of the Contract.
>
> (4) Rules on reservations, checkin times, refusal to carry,
> and smoking.
>
> (5) Our rights and limits of liability for delay or failure
> to perform service, including schedule changes, substitution
> of alternate air carriers or aircraft, and rerouting.
>
> (6) Overbooking:  If we deny you boarding due to an oversell
> and you have obtained your boarding pass and are present and
> available for boarding in the departure gate area at least ten

> minutes before scheduled departure, with few exceptions, we
> compensate you.
>
> You may inspect Southwest's Contract of Carriage and Customer
> Service Commitment at any Southwest ticket counter or online
> at southwest.com, or obtain a copy by sending a request to:
>
> Southwest Airlines
> V.P. Customer Relations
> PO Box 36647
> Dallas, TX 75235-1647
>
> Note: When traveling on any flight operated by another carrier,
> that operating carrier's contract of carriage applies.
>
> ************************ PRIVACY POLICY ************************
> Read about Southwest Airlines' privacy policy at
> www.southwest.com/travel_center/privacy_policy.html .
>
> Should you wish to forward or distribute this message to
> others, please do so only with the express permission of the
> passenger(s) traveling. If you are not an intended recipient or
> if you have received this message in error, please promptly
> delete this message. Thank you for your cooperation and
> consideration.
>
>
> This is a post only mailing from Southwest Airlines
> regarding your flight confirmation.
>
> Please do not attempt to respond to this message.
>
>

**From:** Zatella Beatty
**Sent:** Monday, November 19, 2007 6:55 PM
**To:** renegadepic@earthlink.net
**Subject:** Boarding Passes

CUSTOMER COPY

## U·S AIRWAYS                                    U·S AIRWAYS

BROWN/EAROLD                                      BROWN/EAROLD

US  FLIGHT: 1496  20NOV          E-TICKET        Conf:    GRR0QE/US   ZONE  8
                                                 FFD:     C281C04
                                 SEAT: 11C AISLE  LOS ANGELES
LOS ANGELES                                       CHARLOTTE
CHARLOTTE                        GRR0QE/US    SEQ 34   | Flight | Departs | Date |
                                                      | 1496 | 120P | 20NOV |
                                                      | GATE | BOARDING TIME | SEAT |
                                                      | 8 | 1250P | 11C AISLE |

## ZONE     8
usairways.com web check-in

**Please check flight monitors at the airport, as gate assignments and departure times may change.**

If you will be checking bags, please proceed to either the Skycap or airport kiosk. Baggage must be checked at least 45 minutes prior to departure. Reservations are subject to cancellation if you are not checked-in and at the departure gate at least 15 minutes prior to departure. Customers should allow for extra time at the airport due to heightened security measures.

cut here

A US AIRWAYS AGENT WILL RETAIN THIS COPY OF YOUR BOARDING PASS

## U·S AIRWAYS                                    U·S AIRWAYS

BROWN/EAROLD                                      BROWN/EAROLD

US  FLIGHT: 1496  20NOV          E-TICKET        Conf:    GRR0QE/US   ZONE  8
                                                 FFD:     C281C04
                                 SEAT: 11C AISLE  LOS ANGELES
LOS ANGELES                                       CHARLOTTE
CHARLOTTE                        GRR0QE/US    SEQ 34   | Flight | Departs | Date |
                                                      | 1496 | 120P | 20NOV |
                                                      | GATE | BOARDING TIME | SEAT |
                                                      | 8 | 1250P | 11C AISLE |

## ZONE     8
usairways.com web check-in

CUSTOMER COPY

# U·S AIRWAYS

BROWN/EAROLD

US  FLIGHT: **1056** 20NOV

CHARLOTTE

**WEST PALM BEACH**

E-TICKET

SEAT: **16F** WINDOW

GRR0QE/US            SEQ 23

## U·S AIRWAYS

BROWN/EAROLD

| Conf: | GRR0QE/US | ZONE  2 |
| FFD: | C281C04 | |

CHARLOTTE
**WEST PALM BEACH**

| Flight | Departs | Date |
| 1056 | 1005P | 20NOV |
| GATE | BOARDING TIME | SEAT |
| C17 | 935P | 16F WINDOW |

# ZONE    2
usairways.com web check-in

**Please check flight monitors at the airport, as gate assignments and departure times may change.**

If you will be checking bags, please proceed to either the Skycap or airport kiosk. Baggage must be checked at least 45 minutes prior to departure. Reservations are subject to cancellation if you are not checked-in and at the departure gate at least 15 minutes prior to departure. Customers should allow for extra time at the airport due to heightened security measures.

cut here

A US AIRWAYS AGENT WILL RETAIN THIS COPY OF YOUR BOARDING PASS

# U·S AIRWAYS

BROWN/EAROLD

US  FLIGHT: **1056** 20NOV

CHARLOTTE

**WEST PALM BEACH**

E-TICKET

SEAT: **16F** WINDOW

GRR0QE/US            SEQ 23

## U·S AIRWAYS

BROWN/EAROLD

| Conf: | GRR0QE/US | ZONE  2 |
| FFD: | C281C04 | |

CHARLOTTE
**WEST PALM BEACH**

| Flight | Departs | Date |
| 1056 | 1005P | 20NOV |
| GATE | BOARDING TIME | SEAT |
| C17 | 935P | 16F WINDOW |

# ZONE    2
usairways.com web check-in

https://www.usairways.com/awa/webcheckin/boardingPasses.aspx                    11/19/2007