# Exhibit 4

-----Original Message-----
From: Zatella Beatty
Sent: Thursday, April 12, 2007 10:41 PM
To: renegadepic@earthlink.net
Subject: Friday

I'll give you a call in the a.m.  Sign and bring checks with you -- I'll meet you at 2:30.  I have to work tomorrow.

Checks (C4)
Writers Guild
Santa Barbara
Wells Fargo (C4 Pic)
Wells Fargo (C4 Rec)
Electric
Bexel ($225) - Daniel rented equipment.
DGA

Castanella (your property)

Also, Barbara said you need to address your taxes - something about it can invalidate the corporation.

Monday is deadline.

I'll send invoice today ($2500) past week for Jeff.  How much for Daniel?
Also, what is the situation with Darrien.  He told me he's worked 3 weeks (digitizing).

I have check from lawyers re Three Can Play.  Did you deposit money orders from M&T.  Mother's day coming up - what do you want to send to your Mom (tell me now as I will be on the road again).

I have 500 responses for assistants - when do you want to meet some of these people?

Editor waiting for final treatment on AI - when do you want to finish this?
My next off day is Thursday.