# Exhibit 5

-----Original Message-----
From: zatella
Sent: Thursday, September 7, 2006 12:22 PM
To: Mark Brown
Subject: Fw: Paradigm Meeting


----- Original Message -----
From: "Sheri Maroufkhani" <sheri@mcfilmworks.com>
To: "Zatella Beatty" <zatella@earthlink.net>
Sent: Monday, August 28, 2006 12:34 PM
Subject: Re: Paradigm Meeting


> Thanks Zatella!
>
> On Aug 28, 2006, at 12:30 PM, Zatella Beatty wrote:
>
>> Will check with Mark and get back to you later today.  Thanks!
>>
>> -----Original Message-----
>>> From: Sheri Maroufkhani <sheri@mcfilmworks.com>
>>> Sent: Aug 28, 2006 11:34 AM
>>> To: Zatella Beatty <zatella@earthlink.net>
>>> Subject: Paradigm Meeting
>>>
>>> Hey Zatella,
>>> Can Mark meet with us, and Paradigm on September 7th at 3PM to discuss
>>> taking The Guy Torry Show and St Philly to the networks?
>>>
>>> Thank you!
>>>
>>> Sheri Maroufkhani
>>>
>>
>>
>
>