# Exhibit 6

-----Original Message-----
From: Zatella Beatty
Sent: Saturday, April 7, 2007 6:59 PM
To: applewoodfunding@quest.net
Cc: renegadepic@earthlink.net
Subject: Mark Brown - Grand Canyon Title Agency

Hi Joel:

Per our conversation:

First installment sent on 3/1/7 - Check #2831.

Second installment sent on 3/3/7 - Check #2925.

If have any additional questions, please feel free to contact me.

Thanks!

Zatella Beatty
Asst. Mark Brown
(818) 209-4761