# Exhibit 7

**From:** Zatella Beatty
**Sent:** Wednesday, October 4, 2006 6:24 PM
**To:** renegadepic@earthlink.net
**Subject:** Fw: C4 Pictures

Mark - we need an anwer by tomorrow.

-----Forwarded Message-----
From: "Osgood, Lani"
Sent: Oct 4, 2006 4:45 PM
To: zatella@earthlink.net
Subject: C4 Pictures


Hi Zatella,

Kindly review the attached 2006-2007 Insurance Proposal and advise whether or not you wish to bind
with or without Terrorism coverage.  Also, should you elected not to purchase the Terrorism coverage,
please sign, date, and fax back the attached Terrorism rejection form.

<<proposal.pdf>> <<FFC TRIA form.pdf>>

Should there be any changes, please advise immediately.

Regards,

Lani Osgood, CISR

Entertainment Department

lani_osgood@acordia.com



Acordia Of California, A Wells Fargo Co.

15303 Ventura Blvd. Suite 700

Sherman Oaks, CA 91403

CA License # 0352275

(818) 464-9300 main

(818) 464-9391 direct

(818) 464-9398 fax

This email may contain confidential or privileged information. If you think that you have received this email in error, please advise the sender by reply email and then delete this email immediately. Acordia reserves the right to monitor all incoming and outgoing messages. Thank you