# Exhibit 8

REF#8853310139 CK# 2888 2000.00

REF#8814260596 CK# 3117 320.00

REF#8875479620 CK# 2934 2400.00

REF#8875479619 CK# 2936 400.00




MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2424

Date 12/7/14

Pay to the Order of ZATELLA BEATY $ 470.

FOUR HUNDRED SEVENTY ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION

Memo +40 (MM)

Chk# 2424, Amount $470.00

CA PICTURES, INC.
2870
3/23/17
Zatella Beatty
$ 2,800.—
Two thousand eight hundred
DOLLARS
WELLS FARGO BANK, N.A.
REF#8845877963 CK# 2870 2800.00
5360118767
DEPOSIT only
21731 03496
CA PICTURES, INC.
2888
4/13/17
ZATELLA BEATTY
$ 2000.
TWO THOUSAND ONLY
DOLLARS
WELLS FARGO BANK, N.A.
BH + A1 (3000)
REF#8853310139 CK# 2888 2000.00
6560269147
LOS ANGELES, CA 90038
(323) 462-3805
Date 12/24/14
2452
Pay to the Order of ZATELLA BEATTY
$ 70.
SEVENTY ONLY
Dollars
AFTRA-SAG FEDERAL CREDIT UNION
HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028
Memo COMM + CO
21731 0349
DEPOSIT ONLY
Chk# 2452, Amount $70.00

C4 PICTURES, INC.
2936
REF#8875479619 CK# 2936 400.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2413

Date 11/5/4

90-7823/3220

Pay to the Order of ZATELLA BEATTY $ 425.

FOUR HUNDRED TWENTY FIVE ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD, #304
HOLLYWOOD, CA 90028

Memo

⑆322078233⑆ 290500000250401⑈ 2413 ⑈0000042500⑈

FOR DEPOSIT ONLY

21731 034916

Chk# 2413, Amount $425.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2309

Date 6/4/14

90-7823/3220

Pay to the order of ZATELLA BEATY $ 410.

FOUR HUNDRED TEN ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo

⑆322076233⑆ 290500000250400⑈ 2309 ⑈0000041000⑈

For Deposit Only
2143T 05496

Chk# 2309, Amount $410.00

6/1

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2359

Date 6/9/4

90-7823/3220

Pay to the order of ZATELLA BEATTY $ 410./

FOUR HUNDRED TEN ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo

⑆322076233⑆ 290500000250400⑈2359 ⑈0000041000⑈

122000661 4 L
06/23/04 217312476

Pay to the order of ZATELLA BEATTY

SEVEN HUNDRED TEN ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo 410+300 (RD)

⑆322076233⑆ 290500000250400⑈2241 ⑈0000071000⑈

122000661 4 L
06/23/04 217312476
6360831998

0070282470 6/24/2004

217313 0356

FOR DEPOSIT ONLY

Chk# 2241, Amount $710.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2260

Date 3/8/04

90-7623/3220

Pay to the order of ZATELLA BEATTY $ 410.—

FOUR HUNDRED TEN ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD, #304
HOLLYWOOD, CA 90028

Memo MONTHLY

⑆322076233⑆ 2905000002504⑈ 2260 ⑈0000041000⑈

12200066
5960784411

FOR DEPOSIT ONLY
2173103996

Chk# 2260, Amount $410.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2241

Date 2/22/4

90-7822/3220

Pay to the order of ZATELLA BEATTY $ 710.00

SEVEN HUNDRED TEN ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD, #304
HOLLYWOOD, CA 90028

Memo 410+300 (BD)

⑆322076233⑆ 290500000250⑈ 2241 ⑈0000071000⑈

FOR DEPOSIT ONLY

21731 0346

02/24/2004 0070287470

Chk# 2241, Amount $710.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2269

Date 4/2/14

90-7623/3220

Pay to the order of ZATELLA BEATY $ 465.—

FOUR HUNDRED SIXTY FIVE ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo +10(OTB)+45(EX#2)

⑆322076233⑆ 29050000025040⑈ 2269 ⑈0000046500⑈

Chk# 2269, Amount $465.00



MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2230

Date 1/26/4

90-7823/3220

Pay to the order of ZATELLA BEATTY $ 817.—

EIGHT HUNDRED SEVENTEEN ONLY — Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo 410/300/107 ZB

⑆322076233⑆ 290500000250⑈ 2230 ⑈0000081700⑈

FOR DEPOSIT ONLY

Chk# 2230, Amount $817.00

2368

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

Date 7/13/4

90-7623/3220

Pay to the order of ZATELLA BEATTY $ 410.—

FOUR HUNDRED TEN ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo

⑆322076233⑆290500000250⑈2368 ⑈0000041000⑈

▶1220006614
07/13/04
5060190692

09/14/2004 0072145640

FOR DEPOSIT ONLY
21731 03496

Chk# 2368, Amount $410.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2416

Date 11/22/14

90-7622/3220

Pay to the Order of ZATELLA BEATTY $ 100.

ONE HUNDRED ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo MM PER MB

⑆322076233⑆ 290500000250400⑈ 2416 ⑈0000010000⑈

>122000661 41
E4612 S43 LA,CA 23
11/23/14
7160034141

FOR DEPOSIT ONLY
21731 0349

Chk# 2416, Amount $100.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2189

Date 5/5/14

90-7828/3220

Pay to the order of ZATELLA BEATH $ 410./

FOUR HUNDRED TEN ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo

⑆322076233⑆ 290500000250401⑈ 2189 ⑈0000041000⑈

>1220006614

FOR DEPOSIT ONLY
21731 6349b

Chk# 2189, Amount $410.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3605

2395

Date 9/5/4

[illegible]

Pay to the Order of ZATELLA BEATTY $ 415.

FOUR HUNDRED FIFTEEN ONLY ——— Dollars

AFTRA-SAG FEDERAL CREDIT UNION
6922 HOLLYWOOD BLVD., #304
HOLLYWOOD, CA 90028

Memo

⑆322076233⑆ 290500000 25040⑈ 2395 ⑈0000041500⑈

⊳122000661⊲
E779 [illegible]
09/07/04 [illegible]
5680300822

06 16523909 09/07/2004

FOR DEPOSIT ONLY
21731 0349

Chk# 2395, Amount $415.00

MARK A. BROWN
1220 N LAS PALMAS #201
LOS ANGELES, CA 90038
(323) 462-3805

2452

Date 12/24/14

90-7223/3220

Pay to the Order of ZATELLA BEATTY $ 70.

SEVENTY ONLY Dollars

AFTRA-SAG FEDERAL CREDIT UNION
HOLLYWOOD BLVD, #204
HOLLYWOOD, CA 90028

Memo COMM + W

⑆322076233⑆ 290500000250⑈ 2452 ⑈0000007000⑈

122000661 4
[0130 — SAE LA/CA]
12/27/14
6960018922

DEC 27 PM

4500-67

7238

25/2004 0035221035

FOR DEPOSIT ONLY
21731 0345

Chk# 2452, Amount $70.00



Chk# 2399, Amount $415.00

505 2051

**C4 PICTURES, INC.**
1220 N. LAS PALMAS, NO. 201
LOS ANGELES, CA 90038

DATE 12/30/03 16-24-1220

PAY TO THE ORDER OF Zatella Beatty $ 1750—

One thousand Seven hundred and fifty DOLLARS

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

FOR Final payment for [illegible]

⑈002051⑈ ⑆122000247⑆0784647810⑈ ⑈0000175000⑈

505 2144

**C4 PICTURES, INC.**
1220 N. LAS PALMAS, NO. 201
LOS ANGELES, CA 90038

ID CA ID Issue Date 6-20 01-00
Or
DEPOSIT ONLY
TOKEN OK
KIST 0 / DATE/SIG
HPerly
MEM:

12/24/04 16-24-1220

PAY TO THE ORDER OF Zatella Beatty $ 2124

Two thousand one hundred and twenty four DOLLARS

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

FOR Mro & Fund

⑈002144⑈ ⑆122000247⑆0784647810⑈ ⑈0000212400⑈

505 2168

**C4 PICTURES, INC.**
1220 N. LAS PALMAS, NO. 201
LOS ANGELES, CA 90038

DATE 11/22/04 16-24-1220

PAY TO THE ORDER OF Zatella Beatty $ 500

Five hundred DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR

⑈002168⑈ ⑆122000247⑆0784647810⑈ ⑈0000050000⑈

21731 03496
FOR DEPOSIT ONLY

FOR DEPOSIT ONLY
21731 03496

▶122000661◀ L
11/23/04





