# Exhibit 11

-----Original Message-----
From: Zatella Beatty
Sent: Tuesday, August 28, 2007 12:05 AM
To: renegadepic@earthlink.net
Subject: Deconstructing Allen Iverson

Mark - take a look at the attached and let me know if this is headed in the right direction so I can make any adjustments if needed. I think it's pretty clear - if not let me know. I will be by tomorrow afternoon.

What about the insurance for C4?

Check for Three Can Play came!

Dr. Kahan 9/5 at 1:00 pm.

**DECONSTRUCTING ALLEN IVERSON**
A Documentary Film by Zatella Beatty
(Revised 8/27/07)

TEASER [1-3]

**Jackson:** Ralph Waldo Emerson once said "To be great is to be misunderstood". Well, no truer statement can be applied to another, than it applies to the life of a man named *Iverson*.

Insert title: "DECONSTRUCTING ALLEN IVERSON" We see an opening sequence of pictures and archival footage.

ACT I (15 Minutes)

[3-10] [POLITICAL CLIMATE – CONDITIONS IN WHICH HE WAS BORN UNDER]

**Jackson:** Allen Ezail Iverson, the first child of Allen Broughton and Ann Iverson was born (insert corresponding pictures) in a time when social unrest was common practice. The Republicans were in office under the leadership of President Gerald Ford. (insert archival footage) The country was greatly shaken by an event in Washington, D.C. which resulted in the first impeachment of a U.S. President – Richard Milhous Nixon. All this, when a Washington, D.C. security guard made a discovery that came to be known as the "Watergate Scandal". The security guard, a black man, lived on the rough side of town, Southeast D.C. – a haven for derelicts and vagrants where crime and poverty abound, not dissimilar to the Pine Chapel Housing Projects in Hampton, Virginia (insert various shots of neighborhood, aerial of AI's hood) where a budding young star was born.

(insert pictures and video images)

**Jackson:** At the age of five, Allen Iverson showed promise in other sports but seemed to have a natural proclivity towards basketball. (insert early football pictures of AI) It had been over a decade since Malcolm X and Martin Luther King, Jr. died and still America saw no real equality for blacks. In the land of the free and home of the brave, the land of opportunity for blacks still felt repressive and abusive. Overt racism became covert as its ugly hand moved across the country. (insert footage) In corporate America, there was the ever present sense of a glass ceiling looming overhead and as a result, many blacks turned to music, entertainment, and sports.

(back drop music from Earth, Wind & Fire and Marvin Gaye) (quick montage of various films and television clips: Sidney Poitier in *Uptown Saturday Night*, Jim Brown and Raquel Welch in *100 Rifles*, Jim Kelly in *Enter the Dragon*, Richard Roundtree in *Shaft*. On TV: The Jeffersons, Good Times and Different Strokes)

**Jackson:** Our heroes were many, from Arthur Ashe, the first African-American to win the U.S. Open and Wimbledon, Muhammad Ali, the current heavyweight boxing champion of

1

the world (insert footage) to Dr. J, the man who owned the basketball courts. (archival footage of Dr. J, his shoe and several TV-commercials)

(Intercut interview with Iverson as he talks about his first time seeing Dr. J on television talking about his Converse shoes (insert Dr. J's television commercial where he sports Converse shoes). Iverson mentions how he dreamed about playing basketball and how having a shoe or other endorsements was inconceivable.) (possible cut and move until later)

**Jackson: They were a symbols of a people rising out of poverty. To us they represented hope and wonderment, the possibilities of "what if". Where we could not, they could. What we didn't have, they had and we lived through them vicariously. These were our heroes and they were as much a part of us as we were a part of them.**

(insert archival footage of kids flocking around Dr. J., add several other images of prominent figures)

Intro Gary Moore Allen's and Pee wee coach (insert footage). Intro Iverson talking about Dr. J, his shoes, and how Iverson dreamed of having a shoe. Insert interviews about his early life and those that knew him them (i.e., coaches at barbershop). (all interview footage supported by archival Allen Iverson images)

**Jackson: It was 1981. Ronald Wilson Reagan defeated Jimmy Carter in the presidential election becoming the 40th President of the United States and a new era was born called "Reaganomics". The economy was bad, inflation was high.** (archival footage) **Former President Carter was viewed as weak in handling foreign policy when the Ayatollah Khomeini held 52 American citizens as hostages for 444 days, and a botched rescue attempt gave America a black eye.**

Iverson's mother: *Things were bad during that time, I don't know how we survived. We lived above the city sewers in Hampton, VA. No money, no food, no electricity, being evicted. It was a horrible situation.* (quick images of an apartment). *I remember standing in the line at the Salvation Army for clothes and scraping up enough cash to buy Allen basketball shoes…*

[10-27] [EXCEPTIONAL ATHLETE]

**Jackson: While Dr. J, Earl the Pearl Monroe and the Ice Man were dominating the NBA, little Allen was dominating the Pee Wee League** (insert AI's Pee Wee Leage game) **Often playing against guys twice his age, he proved to be quite a talent.**

Interview with Gary Moore (Allen's Pee Wee League coach). Gary talks about Iverson and how he showed incredible promise at such an early age. Many inner city kids saw basketball as a release because things at home were really bad for some of them. Many turned to sports, crime or music.

**Jackson: The social climate in the country was shrouded with uncertainty. Russia was a superpower in an era of atomic bombs and Star Wars. People were genuinely afraid, and the cold war chilled more than our spirits. But then a new form of music was emerging, a thing called "rap".**

(intercut Iverson talking about rap) (insert images of Allen rapping, use some of his music) He comments on Kurtis Blow, LL Cool J and Run DMC. He speaks about the rap culture and his first experience with girls, and how this culture affected him as a kid and what effect it had on his game. (insert archival footage of the time as he speaks with the music as a back drop) We see images of girls in the ghetto, old men in barbershops. Interject several dance styles of the rap culture, clothes and flair of the time. Iverson comments on how all of these elements added to his style within the game and how style was immensely important to him and how we, as black people, are naturally a people of flair, rhythm and style.

**Jackson:** In the state of North Carolina, a new hero was on the rise, a guy that would play a major role in the development of the minds of many inner city kids. That guy was Michael Jordan. Well spoken. Clean cut. None threatening. He was destined to become the new face of the NBA.

(insert archival footage, you tube AI on Jordan + Getty Images) Iverson talks about his first impression of Jordan and what that meant to him as a kid as we intercut the footage. He speaks about the effect that Jordan had on him and blacks as a whole. He then speaks about how culture affects how you play the game of basketball. It's inseparable. It's a part of your being just as much as your arm is a part of your body.

Interview with Allen and others about his football career and how he didn't even want to play basketball. (show archival football footage, Allen's interview, ESPN)

**Jackson:** By 1991, Iverson was a freshman in high school and a member of the varsity team. He moved across the floor with grace and presence exuding skill far beyond his years. He was good and he knew it. It was during this period that he really developed his style.

(Show Archival high school basketball footage at Bethel)

Iverson: *Style was really important to me... there were two camps, the Jordan camp and the Bird camp. Bird represented proper form and organized ball playing, a fundamentalist. Jordan represented style, flair and street pizzazz, he was an improvisationalist and that's what I wanted to be.*

[27-50] [JAIL]

**Jackson:** All was going well for Allen, his future was laid out before him. He became Virginia's All Star Athlete scoring 948 points in a single season breaking the 20-year record previously established by Moses Malone. He was hailed as the country's finest high school athlete. On weekends he would hang out with his friends (insert footage - SWIS), all seemed well and then he hit a brick wall. On February 14, 1993, Allen found himself in the middle of a bowling alley brawl that resulted in three people being sent to the emergency room. One of which was, ??Janice Parker??? a white female, that was hit in the head with a chair, knocked unconscious and received a gash that required six stitches. Of the 50 or so people allegedly in the brawl, half of which were white, only four were charged – all black

3

teens. One of which was Iverson. (insert supporting footage, local news clips, SWIS interviews, Baileys, etc.) The trial was set and what was about to take place set the platform for a national debate on race and politics. (insert Brokaw footage, Nikki Giovanni)

Iverson: *I had to sit there and listen to people lie, and nothin' I could do about it. For me to come into a bowling alley where everybody in the whole place know who I am and for me to be cracking people upside the head with chairs and think nothing's gonna happen? That's crazy!"*

(insert footage of an iron jail gate shutting, the sound is ominous, City Farm)

ACT II [ ] ( 55 Minutes)

**Jackson:** With no previous criminal record, Iverson was sentenced to 15 years in prison. Ironically, Iverson would be sent to the same jail in which his father had spent a number of yearsw. (footage – allen ith handcuffs)

Iverson: *I felt like how could this happen….* Iverson talks about the jail experience (City Farm footage) *I just kept thinking about my mother…*

Iverson's mother: *My heart just dropped when the sentence was handed down. My feet went numb and I couldn't move…*

Iverson's manager: *I thought yet another talented kid fell to the system. I was devastated…. This kid was railroaded and somebody had to do something about it…*

Iverson: *That was a really bad time for me….* Iverson fights back the tears.

Inmate: *He was a kid. I didn't know who the fuck he was…. He kept to himself a lot, you know jail is a place where niggas try to test a motherfucka…*

Insert related interview: His pastor, lawyer, judge, cell mates, friends, Tom Brokaw etc.

**Jackson:** While Iverson sat in jail, the battle mounted over who would recruit him. (insert recruiting ltrs, John Thompson comments)

Iverson: *Even though I was in jail, colleges still wanted to recruit me. I was just tryin' to get out. I was loosin' my mind in there…*

Iverson's mother: *I approached John Thompson at Georgetown and pleaded with him to intervene for me. I couldn't let my boy rot in jail over some crap like this. It was clearly an issue of race. If he was white, that case would have been dismissed a long time ago*…(John Thompson interview footage)

[50-75] [GEORGETOWN AND PHILLY]

**Jackson:** Then John Thompson agreed to help and help he did.

(insert archival footage of the NAACP forming a protest in downtown Hampton)

4

(insert archival footage of Tom Brokaw interviewing Iverson from jail)

(insert footage of Douglas Wilder's inauguration)

Jackson: Douglas Wilder, the first elected African-American governor in U.S. history, granted Iverson conditional clemency on his last day in office. The condition being that Iverson not play organized sports until he graduated from high school. (insert footage of Iverson graduating) Allen graduated and the stage was set for Georgetown.

A whistle is blown. Close on John Thompson (insert archival footage from a Georgetown practice).

John Thompson: *It was great having him as an addition to the team, this kid was quick, smart....* John talks about Iverson's initiation into Georgetown and his role as a starting guard during his freshman year.

Jackson: Allen's skills were so overwhelming that John Thompson actually changed his style of play to accommodate his new star. It was clear this guy was from a different era. He walked to the beat of his own drummer. (insert archival footage)

Jackson: It was 1994 (archival footage of the Inauguration, presidential music plays). The year before, George Bush was defeated for a second term in office by another brash, young upstart... William Jefferson Clinton. The country had had it with the credit card politics of Reaganomics and was looking for a change. A mood of revival and hope swept across the country. Two years prior, we were at war in the Persian Gulf, now it was time to rebuild and celebrate the American lifestyle. The economy was on an upswing and spirits were high. Gangsta rap emerged on the West Coast with a group called NWA "niggers with attitude" along with rappers like Dr. Dre, Snoop Doggy Dogg and Tupac on a record label called "Death Row", appropriately named for its rebellious tone and lyrics. On the East Coast, a young rapper named Biggie Smalls emerged from an upstart label called "Bad Boy Records" and hip-hop music reached a record high, clothing lines like Cross Colors, Karl Kani, FUBU and Phat Farm were born and the hip-hop culture extended beyond African Americans. It attracted a cross section of cultures including Hispanics, African-Americans, Whites and Asians... there was a movement forming in the country. Kids were beginning to move to the beat of a different drummer.

Jackson: At Georgetown University, Allen Iverson was a starting freshman guard. He played as though he belonged on the court, as though he was, in fact, the veteran and his other teammates were rookies. (insert archival footage) By his sophomore year, he was the undisputed leader of his team, breaking Georgetown records in scoring, assists and free throw percentages. He was unstoppable. (insert archival footage of Iverson talking to the press after a game). On the courts, he was a force to be reckoned with but at home, the issues mounted.

Iverson: *Everything was great, I was enjoying myself at school but every time I came home after that it seemed like my family situation got worse. My mom was still struggling and I had to do something about it.*

Iverson's mother: *Here my son was on television everyday and I couldn't pay the light bill. It was a sad situation.*

**Jackson: During Allen's sophomore year at Georgetown, his sister became violently ill. She had suffered from seizures since the day she was born and needed constant medical attention.**

Iverson's mother: *I couldn't afford to eat let alone keep up with the mounting medical bills...*

Iverson: *As a family we were going under, so I knew what I had to do...*

**Jackson: At the end of his second year at Georgetown University, Iverson declared himself eligible for the NBA draft. This unleashed a media frenzy.** (insert footage) **Iverson was selected as the number one draft pick overall by the Philadelphia 76ers, making him the first point guard to be selected *first overall* since Magic Johnson.** (insert footage of the media going berserk for an interview and footage of the draft conference) **Allen Iverson had made it to the pros.**

(insert footage of Allen and his mom celebrating)

**Jackson: At the age of 20, Allen Iverson signed a three year $10 million contract with the Philadelphia 76ers as well as a five year $40 million contract with Reebok. His financial issues were a concern of the past.**

Iverson: *Man I couldn't believe it, all this fuss, all this hoopla... Even though I got an incredible deal, the real joy was knowing that now I could take care of my sister and my mother. $50 million dollars. I had no idea what $50 million dollars was. I had no idea what a thousand dollars was...*

(insert coverage of Iverson's mother, family members and friend's reaction. Insert archival footage – ESPN news coverage]

**Jackson: 1997. Despite the mud campaign of "White Water", President Clinton was re-elected for a second term. His boy-like charm and personable demeanor made him a favorite among minorities. Blacks heralded him as the most loved president since John F. Kennedy and came out in record numbers to vote.** (insert archival footage of President Clinton playing the saxophone on "The Arsenio Hall Show") **Clinton was warm and approachable and under his direction, the economy was booming. Bill Gates, the Chairman of Microsoft, was the richest man in the world. Like the Gold Rush in 1932, businesses flocked to an emerging form of commerce, the Internet. America was fast recovering from the black eye it received when four, white Los Angeles Police Department officers beat within an inch of his life, a motorist by the name of Rodney King, and the Simi Valley jury's "not guilty" verdict set off a cry of outrage that triggered violence and civil unrest that shamed America and brought it to its knees. The hip-hop culture was growing**

into a recognizable force. Receiving endorsements and recognition from well respected corporations like General Motors, Ford, Reebok and Sprite. A year before, West coast rapper Tupac Shakur was gunned down in Las Vegas in what appeared to be a form of retaliation. East coast rapper, The Notorious B.I.G. died in the same manner. The country was in shock and stirred by the violence. By the response, it was clear that the hip-hop culture began to represent more than music, it represented a style, a mind set, a way of life. It was a culture that embraced and embodied the rebellious and the misunderstood – Generation Y. Allen Iverson was Rookie of the Year, breaking records in points, minutes and steals. He was young. He was wild. He was brash. He was exciting. He was unorthodox and rebellious.

Iverson: *People don't understand me, they think I'm just...* Iverson gives us some insight as to who he is.

**Jackson:** Problems continued to seek Iverson out. He was arrested and charged with misdemeanor drug possession and possession of a firearm with a controlled substance. In contrast to this bad boy renegade image, was his former idol Michael Jordan. He was clean-cut, well respected and had just won his fourth NBA championship (insert footage).

Iverson: *I like Jordan. I respect him but the media wanted me to be him, a well-mannered suit-wearing corporate guy and that's just not me... I come from a whole other generation.*

Friend: *Iverson is part of a culture. A hip-hop culture that white folks from Jordan's generation just don't understand...* (insert footage of Iverson showing his tattoos, wearing his hip-hop gear, jammin' to his hip-hop music in his million dollar mansion. He is enjoying life.)

**Jackson:** Just three years as a professional ball player, Allen was facing opposition from all angles (insert archival footage of several incredible moves while he plays, we hear the voice over) **On the court his record was outstanding. Rookie of the Year, All-Star Game MVP, regular season MVP, #1 in the NBA in Points Per Game, #1 in Minutes Per Game, #1 in Steals, #1 in Free Throw Attempts and so on, but off the court Larry Brown, the head coach of the Philadelphia 76ers, was getting tired of his antics.** (insert archival footage of Brown) **Larry talks about trading Iverson to the Clippers...** *He's late for practice, when he does show up he doesn't...* (insert archival footage, response to Brown's comments).

(insert David Stern archival footage, Iverson is fined as much as $100,000 for missing practice and not adhering to the NBA's dress code)

Iverson: *Why do I have to wear a suit? I don't know anybody in my camp that wears a suit. Me, dressing up in suit, what does that have to do with how I play ball. It's ridiculous...*(insert footage of Iverson protesting wearing a suit)

(insert Larry Brown archival footage)

**Jackson:** Brown draws the line and threatens to quit as coach. He makes it known that Iverson will be traded.

7

Iverson: *I didn't want to get traded to the Clippers. If you want to trade me, trade me for Grant Hill but don't trade me for some lame-ass Clipper. When I turned 25 it was a milestone for me because in my neighborhood you were lucky to still be alive. I had to look in the mirror and change a lot of things about myself.*

Record Executive:  Given that basketball players and rappers share and draw from the same reservoir of creative energy it's easy to understand Iverson's rap alter-ego "Jewels" who is a tribute to and was named after Samuel L. Jackson's character in "Pulp Fiction" (insert footage of Samuel L. Jackson and John Travolta at the diner.  The robber pulls Samuel L. Jackson's wallet of the bag and it reads:  Bad Motherfucker")

Fan: *Iverson, aw man, he's a bad mutherfucka...*
Another fan: *He's a bad mutherfucka...*
Female fan: *He represents more than just basketball...*

**Jackson: Approximately one year ago, the 76ers star drew the anger of many people when the lyrics to his song "40 Bars" became public.  The song was reported to demean women and homosexuals and was riddled with profanity and anger.**

Iverson: *It was something I always wanted to do.  It was a childhood dream of mine, just like basketball.  But I feel people took it the wrong way and it kind of took all the excitement of it.*

Fans: *He should have released it...*
Fan: *Who cares what people think?  He is part of a culture that finds its expression in many forms.  Freedom of speech... this is America.* (footage of varying responses from the hip-hop culture – blacks, whites, Asians, Hispanics)

**Jackson:  Needless to say, production halted and plans for the CD have been scrapped.  Shortly thereafter, Allen married his childhood sweetheart, Tawanna Turner.**

Iverson: *This really grounded me, being married is great…. I was ready...*

Iverson's mother: *Marriage has been really good for him….*

**Jackson:  Inaugural Day 2001.  George Walker Bush follows his father's footsteps and becomes the 43rd President of the United States of America.  Despite having the highest approval rating in U.S. history, Al Gore decides to disassociate himself from the politics of his former boss, Bill Clinton.  A few years prior, Bill Clinton found himself caught up in a moral issue with a White House intern named Monica Lewinsky that almost cost him the presidency.  Though having been impeached, he was able to serve out his tenure in office earning the names "Teflon Bill" and "Slick Willie".  America was in search of a higher moral standard from its leadership and turned to George Bush.  A movement of so-called morality swept across the county.  The focus being hip-hop music and this rebel undercurrent that call itself the hip-hop culture.**

(insert footage of Pat Buchanan bashing the culture, footage of religious groups calling for morality)

8

[75-90] [INTERNATIONAL APPEAL, CONCLUSIONS, THE BEGINNING OF A NEW EAR, WHAT HE WILL BECOME]

**Jackson:** Fast becoming the spokesperson for this generation, Allen Iverson, has come to represent the sentiments of millions of youth across the country.

**Iverson:** *What people have to understand is that times are changing. America is changing, people are changing...* (footage of Iverson submerged in the culture, footage of people vehemently opposed to the culture and footage of Iverson acting up)

**Jackson:** Despite his off-the-court antics, Allen Iverson has proven himself to be the Philadelphia 76ers star player.

(insert footage).

**Jackson:** Over the course of time, musicians and sports figures have become larger than life. Often they rise to the point of greatness and represent a whole generation (insert footage as we hear voice over) People like Jesse Owens, Joe Louis, Martin Luther King, Jr., Malcolm X, Arthur Ashe, The Beatles, Michael Jackson, Muhammad Ali, Michael Jordan, James Dean, Elvis Presley, Marilyn Monroe and Frank Sinatra, these individuals all represented an era, a generation of perhaps rebellion and change. Entrenched in the hip-hop culture, Generation Y is here to stay.

**Iverson:** *Yeah, I'm part of the hip-hop culture. It's who I am, how I think, what I do when I'm on the court. No disrespect for those who came before but now it's our time...*

**Iverson's mother:** *Do I classify him as a leader? Yes, in some respects....*

**Iverson:** *Do I classify myself as a leader? Well, a leader......, so you tell me am I a leader?*

**Jackson:** It is often said that the youth of today are the leaders of tomorrow. At some point Generation Y will grow up, mature and become adults. And who knows, perhaps that generation may find favor in a basketball player's philosophy and free-spirited, carefree thinking and elect him to high office. Fifty years ago, who would have thought an actor, like Ronald Reagan, could be president. As the country moves forward in continued greatness, Allen Iverson is content to be the spokesperson of this rising culture of youth. Today we know him as a ball player but we may soon find that there is more to who he is. There is in fact life...BEYOND THE GAME.

BLACK. ROLL CREDITS.

Is Iverson just another star athlete from the hood who has the expectation of special privileges such as second chances?

10