# Exhibit 12

AGREEMENT

THIS AGREEMENT is made as of the 25th day of August, 2005, by and between MOORE MANAGEMENT, INC., a Virginia corporation ("Moore Management"), and Earold Anthony Mark Brown, t/a URBAN STREET TEAM ("Urban Street Team") (Moore Management and Urban Street Team hereinafter sometimes collectively referred to as the "Parties").

In consideration of the execution of this Agreement, and the undertakings of the Parties as hereinafter set forth, it is agreed as follows:

1. ACKNOWLEDGEMENTS

   (a) Moore Management acknowledges that existing rough documentary footage of Allen Iverson which may be available for use (hereinafter referred to as the "Material") will be incorporated by Urban Street Team into a 90 minute format.

   (b) Moore Management agrees to secure the participation of Allen Iverson for this documentary/media project per the standard release form attached to this Agreement.

2. COLLABORATION

   (a) It is understood that the Parties shall collaborate in the producing, packaging, promotion and distribution of a 90 minute documentary tentatively entitled "Allen Iverson: Beyond the Game" (the "Documentary"). This will be an edited version of the Material and additional footage collected by Urban Street Team of Allen Iverson solely for use in connection with the production of the Documentary.

3. PAYMENTS/FUND DISBURSEMENTS

   (a) Urban Street Team will advance Moore Management the sum of $50,000 (Fifty Thousand Dollars), for the exclusive and perpetual rights to package, produce, distribute, market and exploit the Documentary to all known markets throughout the world. These rights will continue in perpetuity throughout eternity. The advance is to be paid in 2 equal installments of $25,000, the first of which will be sent to Moore Management by overnight mail upon Urban Street Team's receipt of this Agreement signed by Moore Management, and the second of which shall be paid immediately upon completion of principal photography (which shall not be later than December 30, 2005, subject to the cooperation of Moore Management and Allen Iverson with respect to the scheduling of said photography).

   (b) It is understood that Urban Street Team will pay for the packaging, manufacturing, distributing and marketing of the Documentary.

1

(c) All net revenue resulting from the sale, exploitation, marketing or distribution of the Documentary, and all derivatives therefrom, will be split on a 50/50 basis after the recoupment of all marketing, distributing, manufacturing and third party distributing costs incurred by Urban Street Team.

4. PROCESS

(a) It is understood that Urban Street Team will set up all accounts, accounting, legal, marketing, distribution, trade relationships, advertisement and merchandising to exploit the Documentary. Even though all checks will be made out to Urban Street Team, it is further understood that Moore Management is entitled to audit the books in regards to the Documentary on an annual basis.

(b) It is understood that Urban Street Team will keep a ledger of all monies received and will issue a check for 50% of all revenues after standard recoupments to Moore Management initially on an "as come basis." After the first 90 days, checks will be issued on a quarterly basis.

(c) It is understood that Urban Street Team may use Allen Iverson's name and likeness as a marketing tool for the sale and distribution of the Documentary and may generate advertisements and other merchandising material to support the sale of the television and DVD documentary material, subject to (i) advance approval of the material by Moore Management and (ii) any existing restrictions (exclusive licenses, contracts, etc.) on Allen Iverson.

(d) It is also understood that no part of the material produced by Urban Street Team can be distributed independently or otherwise without the written consent of both Urban Street Team and Moore Management.

5. REPRESENTATIONS AND WARRANTIES

(a) Each Party represents and warrants to the other that it has the full right, power and authority to enter into this Agreement and fully and freely grant each and all of the rights herein granted. There is no claim, litigation or other proceeding threatened, pending or outstanding which might in any way prejudice any of the rights granted or to be granted hereunder.

6. INDEMNIFICATIONS

(a) Moore Management shall indemnify and otherwise hold Urban Street Team and its representatives, agents, successors or assigns, free and harmless from and against any and all liabilities, claims, demands, damages and costs (including attorneys' fees) resulting from any breach by Moore Management, its owners, licensees, successors and assigns of any term or condition of this Agreement.

(b) Urban Street Team shall indemnify and otherwise hold Moore Management and its representatives, agents, successors or assigns, as well as Allen Iverson, harmless from and against any and all liabilities, claims, demands, damages and costs (including attorneys' fees) resulting from (i) any breach by Urban Street Team, its owners, licensees, successors and assigns of any term or condition of this Agreement, or (ii) otherwise caused by Urban Street Team.

## 7. ASSIGNMENT

It is understood that Urban Street Team may assign all or part of its rights herein to any person, firm or corporation, subject to the advance written consent of Moore Management, said consent not to be unreasonably withheld or delayed. This Agreement shall be binding upon and inure to the benefit of the Parties herein and their successors, representatives and assigns forever. It is further understood that Moore Management will be consulted with regard to the final sale of the Documentary.

## 8. CREDIT

Urban Street Team agrees to provide Gary Moore with a credit of Executive Producer and Moore Management a production company credit.

## 9. MISCELLANEOUS

This Agreement sets forth the entire understanding between the Parties with respect to the subject matter herein. This Agreement shall be construed under and governed by the laws of the State of California.

IT WITNESS WHEREOF, the parties hereto have signed this Agreement the day and year first above written.

URBAN STREET TEAM

_____
Earold Anthony Mark Brown

MOORE MANAGEMENT, INC.

By: _____
Gary Moore, President

3