# Exhibit 13



October, 2008
Contact: Mark Brown
p. 323.974.8249
e. renegadepic@earthlink.net

ALLEN IVERSON
...THE LONG AND WINDING ROAD

ALLEN IVERSON FILM INVESTMENT PACKAGE

# INTRODUCTION

C4 Pictures and Allen Iverson are producing Allen's life story documentary. With over 3 years into the project, we have captured amazing moments in Allen's life as they happen and relived his unique past which has made him one of the worlds most renown athletes.

C4 Pictures is currently seeking $1M to finish this project. Because Allen has been so private with his life this opportunity is

CONFIDENTIAL & PROPIERITARY

ALLEN IVERSON
PERCEPTION vs. REALITY

# THE PROJECT



**Logline:** Michael Jordons Come Fly With Me meets

**Summary:** This 90 minute feature film will uncover the life of one of the most talked about athletes in the history of sports.



**CONFIDENTIAL & PROPIERITARY**

**ALLEN IVERSON
PERCEPTION vs. REALITY**

# WHY IVERSON?

Outside of Allen Iversons Hall of Fame performance in the league, He is one of the most marketable names as evidenced by:



TOP SELLING JERSEY IN THE NBA



SHOELINE "THE ANSWER" WITH REEBOK



# BUSINESS CASE







**Title: Michael Jordon Come Fly With Me.**

**Distributor:**

**Gross:**

**Title: Fire Within Fire**

**Distributor:**

**Gross:**

**Title: Always Showtime**

**Distributor:**

**Gross:**



**CONFIDENTIAL & PROPIERITARY**

**ALLEN IVERSON
PERCEPTION vs. REALITY**

## INVESTMENT SUMMARY

Capital Invested:     $1.5M

Investment Needed:    $1M

ROI:                  Principal + 25% NET

Distribution:         ESPN/TBD

ALLEN IVERSON
PERCEPTION vs. REALITY

CONFIDENTIAL & PROPIERITARY

-----Original Message-----
From: Zatella Beatty
Sent: Tuesday, May 27, 2008 9:37 AM
To: Mark Brown
Subject: Re: One Sheet and Project Status - Allen Iverson

A mini-press kit that has everything in it (a) a one sheet on the doc, the status, a few articles about allen, and bios.  This would be a comprehensive package so when people ask for something we have something to give.



-----Original Message-----
>From: Mark Brown <renegadepic@earthlink.net>
>Sent: May 27, 2008 11:25 AM
>To: Zatella Beatty <zatella@earthlink.net>
>Subject: Re: One Sheet and Project Status - Allen Iverson
>
>what are you using this for?  determine the purpose first and then how
>you write it will follow.
>----- Original Message -----
>From: "Zatella Beatty" <zatella@earthlink.net>
>To: "Mark Brown" <renegadepic@earthlink.net>
>Sent: Tuesday, May 27, 2008 12:24 AM
>Subject: One Sheet and Project Status - Allen Iverson
>
>
>> I'm still working on Mom's.  Needs polish - but I think it's in the right
>> direction - I would like to have it finished today!   Thx!
>>
>> Attached:
>>
>> Project Status
>> One Sheet
>>
>