# Exhibit 14

**From:** zatella
**Sent:** Thursday, January 4, 2007 1:11 PM
**To:** Mark Brown
**Subject:** Draft email

Dear Toni:


We are still in the editing process and should have a rough cut within the next few weeks.  In the interim, I could send you a trailer which would give you an overall feel of the tone of the piece as well as the script which would provide you with a sampling of the narration.

If this is okay I will forward the package to your office tomorrow.

Thanks!

Zatella Beatty
C4 Pictures
8033 Sunset Blvd., Suite 971
Hollywood, CA  90046
(818) 209-4761

**From:** zatella
**Sent:** Friday, December 29, 2006 1:46 PM
**To:** Mark Brown
**Subject:** Draft Letter

jdellapina@nba.com

My apologies for any miscommunication re the Iverson project.

Our intent was to create a film that was more driven by the events of Allen's life and weave them together with that of his career. Since we did not know when and if a trade would happen we remained open to let that process work itself out. Although we had a few delays during this process, the reason I did not contact you was because we simply did not have anything new to report.

We do have follow up meetings within the next two weeks with ESPN, HBO and Universal. I believe these next meetings will resolve a lot of our open issues.

In the interim, would you allow access for the Lakers game on Friday, January 5 in Los Angeles.

I would be more than happy to provide you with a weekly update but do anticipate wrapping all this up within the next few weeks.

Ideally we would like to have a full rough cut by the end of February with a targeted completion dated of April.

Again, we do seek a working relationship with the NBA and are commited to producing an outstanding documentary on the life of Allen Iverson which casts a positive light on this basketball superstar and the game itself.

Thanks again for your efforts on behalf of the project.

Sincerely,

Zatella Beatty
C4 Pictures
8033 Sunset Blvd., Suite 971
Hollywood, CA 90046
(818) 209-4761