# Exhibit 15

**From:** igbodike obioha
**Sent:** Tuesday, May 2, 2006 5:36 PM
**To:** renegadepic
**Subject:** AI / ESPN

Mark,

the basic deal points from ESPN are as follows:
ESPN makes two upfront payments totalling $400,000
ESPN owns the film outright for 10 years across all means and media (ESPN is worldwide--and with respect to basketball-loving European countries (Spain, Italy, Germany) has all of Europe covered either by owned or partnered stations)
ESPN is responsible for all marketing and distribution costs (of which they are required to spend at least $250K on and off the channel(s) supporting a theatrical run if they determine to do so)
After ESPN recoups acquisition, marketing and distribution costs, you receive 30% of all revenues generated by the film from ad sales, DVD sales, theatrical ticket sales and international territory sales.
Soundtrack album would be on same terms as DVD (30% after expenses).

Let me know how you would like to proceed.

Igbo.

Pltff0001