# Exhibit 17

CKAAAD check1 03/19/07 22:00

**3304** DATE 2/15 TO NBKE FOR NELSON — THIS CHECK 1188

**3305** DATE 2/21 TO THE GAS W. — THIS CHECK 401 62

**3306** DATE 2/21 TO DANLO INC. — THIS CHECK 312 64



CKAAAD check1 03/19/07 22:00

**3133** DATE 10/11/7 TO WELLS FARGO — THIS CHECK 100

**3134** DATE 10/11/7 TO MANNY HERNANDEZ FOR ARIZONA TAX — THIS CHECK 342 23

**3135** DATE 10/11/7 TO GAS CO. — THIS CHECK 40 50