# Exhibit 19

AAAD check1 03/19/07 22:00

**3136** — DATE 10/11/7 — TO: LA DWP — THIS CHECK: 513.28

**3137** — DATE 10/11/7 — TO: ADVANTA — THIS CHECK: 320

**3138** — DATE 10/11/7 — TO: SECRETARY OF STATE — THIS CHECK: 25

AQJ check1 05/13/08 11:10

**3436** — DATE 6/9/8 — TO: BEXEL — FOR: EQUIPMENT — IVERSON — THIS CHECK: 164

**3437** — DATE 6/9/8 — TO: MERCEDES-BENZ — FOR: AUTO — THIS CHECK: 1100

**3438** — DATE 6/9/8 — TO: DIRECTV — THIS CHECK: 94.98

