# Exhibit 20

We agree to the following:

1. No discussion with Showtime now and forever. ✗ MB
2. No discussion with Mike Tollin now and forever. ✗ MB
3. Rights released upon good faith negotiations to come to an agreement for Brown to convey the rights to 21Y.
4. $25,000 shall be a down payment on the minimum payment of $85,000 that shall be due to Brown.
5. All terms in this agreement exclusive of points one and 2 above are pursuant to an active working contracts dated May 20, 2015 ~~2005~~ and May 25, 2015.

_Ted Faye_
Ted Faye

_Mark Brown_
MARK BROWN

_Zatella Beatty_
Zatella Beatty